CONTINENTAL NATIONAL BANK OF BOSTON, Respondent, *v.* UNITED STATES BOOK COMPANY et al., Impleaded, etc., Appellants.*

(Argued June 19, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 22, 1893, which affirmed an order of Special Term which denied a motion to set aside a judgment in favor of plaintiff against the defendant Horace T. Thurber.

*H. Aplington* for appellants.

*William B. Hornblower* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

HENRY HELMKE, Respondent, *v.* THE NEW JERSEY AND NEW YORK RAILROAD COMPANY, Appellant.

(Submitted June 19, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 12, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit without a jury.

*De Forest Brothers* for appellant.

*W. J. Groo* for respondent.

Agree to affirm on opinion of BARNARD, J., below.
All concur.
Judgment affirmed.

* Reported below, 74 Hun, 632.